BRITTON, Assignee, etc., v. BREWSTER and others.

*(Circuit Court, S. D. New York.   November 22, 1880.)*

BLATCHFORD, C. J.   I have attentively examined the evidence in this case, and the briefs of the counsel, and concur in the conclusion arrived at by the court below, and for the reasons assigned in the decision of the district judge.   The controlling questions in the case are so fully considered in that decision that I deem it unnecessary to discuss them at length.

The decree of the district court is affirmed, with costs.

NOTE.   See *Britton* v. *Brewster*, 2 FED. REP. 160.

---

*In re* CORWIN, Bankrupt.

*Circuit Court, S. D. New York.   November 15, 1880.)*

*Starr & Hooker,* for the creditors.

*H. E. Howland,* for the bankrupt.

BLATCHFORD, C. J.   I concur fully in the decision made by the district court in this case, and in the reasons assigned by that court therefor.   The order made by that court April 10, 1880, was correct, and the prayer of the petition of review is denied, with costs.

NOTE.   See *In the matter of William S. Corwin,* 1 FED. REP. 847.